Entered on Docket
May 18, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



VINOD NICHANI|SBN 277607
NICHANI LAW FIRM
111 North Market Street, Suite 300
San Jose, California 95113
Phone: 408-800-6174
Fax: 408-290-9802
Email: vinod@nichanilawfirm.com

Counsel to Debtor/Defendant
RENE M. DUENAS aka
RENE MIGUEL DUENAS

The following constitutes the order of the Court.
Signed: May 18, 2023

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>RENE M. DUENAS aka<br>RENE MIGUEL DUENAS,<br><br>            Debtor. | Case No.: 22-51136<br><br>Adversary Proceeding No.: 23-05012<br><br>Chapter 7<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |
| Amy T. Nguyen-Chyung<br>and Abraham Chyung, individually and as co-trustees of THE CHYUNG FAMILY LIVING TRUST, U/A DATED JULY 7, 2008,<br><br>            Plaintiffs,<br><br>   v.<br><br>RENE M. DUENAS,<br><br>            Defendant. | Current Hearing Date:<br>Date:     June 22, 2023<br>Time:    1:30 p.m<br>Location: Via video/teleconference<br>           Courtroom 9<br>           Hon. Stephen L. Johnson<br><br>Proposed Continued Hearing Date:<br>Date:     July 13, 2023<br>Time:    1:30 p.m<br>Location: Via video/teleconference<br>           Courtroom 9<br>           Hon. Stephen L. Johnson |

The Court has read and considered the Stipulation to Continue Scheduling Conference ("Stipulation") filed on May 11, 2023 (Doc. 11) and presented by all Parties to the above-captioned Adversary Proceeding.

Good cause appearing, it is HEREBY ORDERED that the Scheduling Conference scheduled for June 22, 2023 is continued to July 13, 2023. Such dates that flow from the Scheduling Conference pursuant to the Order Re Initial Disclosures and Discovery Conference are also continued.

***END OF ORDER***

COURT SERVICE LIST

None.