**Entered on Docket**
**June 09, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



VINOD NICHANI|SBN 277607
NICHANI LAW FIRM
111 North Market Street, Suite 300
San Jose, California 95113
Phone: 408-800-6174
Fax: 408-290-9802
Email: vinod@nichanilawfirm.com

Counsel to Debtor/Defendant
RENE M. DUENAS aka
RENE MIGUEL DUENAS

The following constitutes the order of the Court.
Signed: June 9, 2023

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**



# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>RENE M. DUENAS aka<br>RENE MIGUEL DUENAS,<br><br>          Debtor.<br><br>Amy T. Nguyen-Chyung<br>and Abraham Chyung, individually and as co-trustees of THE CHYUNG FAMILY LIVING TRUST, U/A DATED JULY 7, 2008,<br><br>          Plaintiffs,<br><br>  v.<br><br>RENE M. DUENAS,<br><br>          Defendant | Case No.: 22-51136<br><br>Adversary Proceeding No.: 23-05012 SLJ<br><br>Chapter 7<br><br>ORDER ON DEFENDANT RENE M. DUENAS'S MOTION TO DISMISS COMPLAINT<br><br>Hearing Date: May 30, 2023<br>Hearing Time: 1:30 p.m.<br>Hearing Location: Courtroom 9<br>Via Video/Teleconference<br><br>Hon. Stephen L. Johnson |

On March 18, 2023, Plaintiff Amy T. Nguyen-Chyung and Abraham Chyung, individually and as co-trustees of THE CHYUNG FAMILY LIVING TRUST, U/A DATED JULY 7, 2008 ("Plaintiff") filed the above mentioned adversary proceeding.

1

On April 18, 2023, Rene M. Duenas ("Defendant") filed his Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(B)(6) ("Motion").

On May 30, 2023, the court held a hearing on Defendant's Motion.

Upon due consideration, for the reasons set forth on the record and for good cause shown, the Court hereby orders as follows:

1) The motion regarding the §523(a)(2) and (a)(6) claims are granted with leave to amend or respond by 6/20/23.

2) The motion with regards to the §727 action is denied.

**END OF ORDER**

COURT SERVICE LIST