VINOD NICHANI|SBN 277607
NICHANI LAW FIRM
111 North Market Street, Suite 300
San Jose, California 95113
Phone: 408-800-6174
Fax: 408-290-9802
Email: vinod@nichanilawfirm.com

Counsel to Debtor/Defendant
RENE M. DUENAS aka
RENE MIGUEL DUENAS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>RENE M. DUENAS aka<br>RENE MIGUEL DUENAS,<br><br>          Debtor.| Case No.: 22-51136<br><br>Adversary Proceeding No.: 23-05012 SLJ<br><br>Chapter 7<br><br>DEFENDANT RENE M. DUENAS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)<br><br>[Filed concurrently with Notice of Motion and Memorandum of Points and Authorities] |
| Amy T. Nguyen-Chyung<br>and Abraham Chyung, individually and as co-trustees of THE CHYUNG FAMILY LIVING TRUST, U/A DATED JULY 7, 2008,<br><br>          Plaintiffs,<br><br>  v.<br><br>RENE M. DUENAS,<br><br>          Defendant | Hearing:<br>Date:      August 8, 2023<br>Time:     1:30 p.m<br>Location: Via video/teleconference<br>              Courtroom 9<br><br>Hon. Stephen L. Johnson |

## **MOTION**

Defendant RENE M. DUENAS, hereby moves this Court for an entry of an order dismissing this adversary proceeding pursuant to Federal Rule of Civil Procedure 12(b)(6) on the ground that, as stated in more detail in the concurrently filed Memorandum of Points and

Authorities, the complaint herein fails to state a claim upon which relief can be granted in that: (a) the complaint fails to state any claim that would entitle Plaintiffs to relief pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: July 17, 2023                    NICHANI LAW FIRM


/s/Vinod Nichani
VINOD NICHANI
Attorney for Debtor/Defendant
RENE M. DUENAS aka
RENE MIGUEL DUENAS