VINOD NICHANI|SBN 277607
NICHANI LAW FIRM
111 North Market Street, Suite 300
San Jose, California 95113
Phone: 408-800-6174
Fax: 408-290-9802
Email: vinod@nichanilawfirm.com

Counsel to Debtor/Defendant
RENE M. DUENAS aka
RENE MIGUEL DUENAS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>RENE M. DUENAS aka<br>RENE MIGUEL DUENAS,<br><br>Debtor.<br><hr>Amy T. Nguyen-Chyung<br>and Abraham Chyung, individually and as co-trustees of THE CHYUNG FAMILY LIVING TRUST, U/A DATED JULY 7, 2008,<br><br>Plaintiffs,<br><br>v.<br><br>RENE M. DUENAS,<br><br>Defendant | Case No.: 22-51136<br><br>Adversary Proceeding No.: 23-05012<br><br>Chapter 7<br><br>NOTICE OF HEARING ON MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)<br><br>[Filed concurrently with Motion and Memorandum of Points and Authorities]<br><br>Hearing:<br>Date: August 8, 2023<br>Time: 1:30 p.m<br>Location: Via video/teleconference<br>Courtroom 9<br><br>Hon. Stephen L. Johnson |

TO THE HONORABLE STEPHEN L. JOHNSON AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT Debtor Rene M. Duenas aka Rene Miguel Duenas ("Movant") hereby moves the above-entitled United States Bankruptcy Court for an order dismissing Amy T. Nguyen-Chyung and Abraham Chyung's, individually and as co-trustees of

1

NOTICE OF HEARING ON MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)

THE CHYUNG FAMILY LIVING TRUST, U/A DATED JULY 7, 2008 ("Plaintiff") First Amended adversary complaint under Rule 12(b)(6) of the Rules of Federal Procedure on the grounds more fully set forth in the concurrently filed Motion to Dismiss Bankruptcy Case; and Memorandum of Points and Authorities in Support.

**PLEASE TAKE FURTHER NOTICE** that the Motion is set for hearing before the Honorable Stephen L. Johnson, Bankruptcy Court Judge, to be held via Zoom video/teleconference in Courtroom 9, 280 S. First Street, San Jose, California 95113, on August 8, 2023 on the Court's 1:30 p.m. calendar.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 7007-1(b) requires that any opposition to the Motion be filed with the clerk of the Bankruptcy Court and served upon counsel for the Movant at the address set forth in the upper left-hand corner of the first page hereof not later than fourteen (14) days prior to the hearing date.

**WHEREFORE**, the Movant respectfully requests that the Court enter an order:
(1) dismissing Plaintiff's adversary complaint; and
(2) granting such other and further relief as the Court deems just and proper.

Dated: July 17, 2023                    NICHANI LAW FIRM


 /s/Vinod Nichani
_____
VINOD NICHANI
Attorney for Debtor/Defendant
RENE M. DUENAS aka
RENE MIGUEL DUENAS

2

NOTICE OF HEARING ON MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)