Entered on Docket
August 10, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: August 10, 2023

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

LAW OFFICE OF WILLIAM J. HEALY
WILLIAM J. HEALY, #146158
748 Holbrook Pl.
Sunnyvale, CA 94087
Telephone: (408) 373-4680

ATTORNEYS FOR
Amy T. Nguyen—Chyung
and Abraham Chyung, individually and as co-trustees of
THE CHYUNG FAMILY LIVING TRUST, U/A DATED JULY 7, 2018

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

In re:

RENE M. DUENAS,

    Debtor.

Case No. 22-51136

CHAPTER 7

**ORDER ON DEFENDANT RENE M. DUENAS'S MOTION TO MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED.R.CIV. 12(b)(6)**

Hearing Date: August 8, 2023
Hearing Time: 1:30 p.m.
Hearing Location:
   Courtroom 9
   Via Video/Teleconference
Hon. Stephen L. Johnson

Amy T. Nguyen—Chyung
and Abraham Chyung, individually and as co-trustees of THE CHYUNG FAMILY LIVING TRUST, U/A DATED JULY 7, 2018,

    Plaintiffs,

    v.

RENE M. DUENAS,

    Defendant.

**Adversary Proceeding No.** 23-05012

    The Court, having read and considered Defendant Rene M. Duenas' Motion to Dismiss Plaintiffs' First Amended Complaint (Doc#18) and the opposition thereto (Doc#21), having held a

hearing on August 8, 2023, and having noted the appearances of counsel, does, for the reasons stated on the record, hereby order as follows:

    1) The Motion regarding 11 U.S.C. 523 (a)(2)(A) is denied;

    2) The Motion regarding 11 U.S.C. 523 (a)(6) is denied; and

    3) The Motion regarding 11 U.S.C. 727 (a)(6)(C) is denied.

Pursuant to Fed.R.Civ.Proc 12 (a)(4)(A) Defendant must file a responsive pleading within 14 days of entry of this order[1].

**END OF ORDER**

---

[1] The parties also agreed to this post-hearing.

**COURT SERVICE LIST**