VINOD NICHANI|SBN 277607
NICHANI LAW FIRM
111 North Market Street, Suite 300
San Jose, California 95113
Phone: 408-800-6174
Fax: 408-290-9802
Email: vinod@nichanilawfirm.com

Counsel to Debtor/Defendant
RENE M. DUENAS aka
RENE MIGUEL DUENAS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>RENE M. DUENAS aka<br>RENE MIGUEL DUENAS,<br><br>           Debtor.| Case No.: 22-51136<br><br>Adversary Proceeding No.: 23-05012<br><br>Chapter 7<br><br>JOINT DISCOVERY PLAN |
| Amy T. Nguyen-Chyung<br>and Abraham Chyung, individually and as co-trustees of THE CHYUNG FAMILY LIVING TRUST, U/A DATED JULY 7, 2008,<br><br>           Plaintiffs,<br><br>   v.<br><br>RENE M. DUENAS,<br><br>           Defendant. | |

      Come now Plaintiffs Amy T. Nguyen-Chyung and Abraham Chyung, individually and as co-trustees of THE CHYUNG FAMILY LIVING TRUST, U/A DATED JULY 7, 2008 ("Plaintiff"), and Defendant RENE M. DUENAS ("Defendant"), collectively referred to as the "Parties," through their undersigned attorneys, and hereby propose the following discovery plan:

1

1. <u>Current Case Status:</u> Plaintiffs filed their Adversary Complaint on March 18, 2023. Defendant filed his Motion to Dismiss Pursuant to Fed. Rules Civ. Proc. R 12(B)(6) on April 18, 2023. Defendant's motion was granted in part with leave to amend. Plaintiffs filed their First Amended Complaint on June 19, 2023. Defendant moved to dismiss Plaintiffs' First Amended Complaint; the motion was denied. Defendant's answer to the First Amended Complaint is due on August 24, 2023.

2. <u>Scheduling Conference:</u> The Scheduling Conference will take place on August 31, 2023 at 1:30 p.m.

**Proposed Discovery Plan**

3. <u>Rule 26 Conference:</u> The parties conducted a telephonic Rule 26 Discovery Conference on July 25, 2023.

4. <u>Initial Disclosures:</u> Due to the Defendant's second motion to dismiss pending hearing at the time of the initially scheduled Discovery Conference, Parties agreed to delay the exchange of Initial Disclosures. As a result, the initial Disclosures will be made no later than September 5, 2023 in the form and pursuant to the requirements of Rule 26(a).

5. <u>Discovery Subjects, Timing and Phases:</u> Counsel for Defendant and counsel for Plaintiffs met and conferred regarding whether any changes in timing, subject matter, or limitations of discovery are necessary, and both have stated they do not expect so. The parties intend to work cooperatively in conducting discovery and resolving any disputed issues.

6. <u>Deposition Scheduling:</u>

| Rene M. Duenas | TBD |
|---|---|
| Amy T. Nguyen | January 2024 |
| Abraham Chyung | January 2024 |

| Edward Tran | February 2024 |
| Ken Kabir | February 2024 |

7. <u>Issues Concerning Disclosures, Discovery, or Preservation of ESI</u>: None.

8. <u>Changes to Rule 26 or Local Rule Discovery Limitations: None.</u>

9. <u>Other Rule 26 and/or Rule 16(b) and (c) Issues: None.</u>

10. <u>Proposed Discovery Plan and Trial Schedule:</u> The parties are not prepared to provide these estimates at this time. Defendant's answer/response deadline to the First Amended Complaint is August 24, 2023. Following that date, parties will exchange initial disclosures and actively engage in discovery as needed. A continuance of the scheduling conference will allow time for Parties to complete discovery and participate in BDRP if parties are amenable.

Dated: August 18, 2023                NICHANI LAW FIRM


/s/Vinod Nichani
VINOD NICHANI
Attorney for Debtor/Defendant
RENE M. DUENAS aka
RENE MIGUEL DUENAS


Dated: August 18, 2023                LAW OFFICE OF WILLIAM J. HEALY


/s/William S. Healy
WILLIAM J. HEALY
Attorney for Plaintiffs Amy T. Nguyen-Chyung and Abraham Chyung, individually and as co-trustees of THE CHYUNG FAMILY LIVING TRUST, U/A DATED JULY 7, 2008