```
 1  LAW OFFICE OF WILLIAM J. HEALY
    WILLIAM J. HEALY, #146158
 2  748 Holbrook Pl.
    Sunnyvale, CA 94087
 3  Telephone:  (408) 373-4680

 4  ATTORNEYS FOR
    Amy T. Nguyen—Chyung
 5  and Abraham Chyung, individually and as co-trustees of
    THE CHYUNG FAMILY LIVING TRUST,
 6  U/A DATED JULY 7, 2018
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| In re:<br><br>RENE M. DUENAS,<br><br>        Debtor.<br><br>_____<br><br>Amy T. Nguyen—Chyung<br>and Abraham Chyung, individually and as<br>co-trustees of THE CHYUNG FAMILY<br>LIVING TRUST, U/A DATED JULY 7,<br>2018,<br><br>        Plaintiffs,<br><br>  v.<br><br>RENE M. DUENAS,<br><br>        Defendant.<br>_____ | Case No. 22-51136<br><br>CHAPTER 7<br><br>**NOTICE OF MOTION TO DISMISS ADVERSARY PROCEEDING PURSUANT TO FED.R.CIV. 41**<br><br>Hearing Date*:* November 21, 2023<br>Hearing Time: 1:30 p.m.<br>Hearing Location:<br>   Courtroom 9<br>   Remote Hearing<br>   Via Video/Teleconference<br>Hon. Stephen L. Johnson<br><br>**Adversary Proc. Case No.** 23-05012 |

TO THE HONORABLE STEPHEN L. JOHNSON AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT Plaintiffs Amy T. Nguyen—Chyung and Abraham Chyung, individually and as co-trustees of The Chyung Family Living Trust, U/A Dated July 7, 2018 ("Plaintiffs" or "Chyung") move this court for an order dismissing the 11 U.S.C. 523 (a)(2)(A) & 523 (a)(6) claims pursuant to the agreement between the parties and dismissing the 727 (a)(6)(C) claim ("Motion"), inter alia, pursuant to Fed.R.Civ.Proc. 41.

**PLEASE TAKE NOTICE** that the Motion is set for hearing before the Honorable Stephen L. Johnson, United States Bankruptcy Judge, to be held via Zoom video/teleconference in Courtroom 9, 280 S. First Street, San Jose, California 95113, on November 21, 2023 on the Court's 1:30 p.m. calendar.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 7007-1(b) requires that any opposition to the Motion be filed with the clerk of the Bankruptcy Court and served upon counsel for the Movant at the address set forth in the upper left-hand corner of the first page hereof not later than fourteen (14) days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE** that all counsel, parties, and other interested persons shall consult each judges' practices and procedures for instructions as to how to notice a hearing before that judge and information about how that judge conducts hearings (whether in-person, by video, or by telephone). Judge Johnson's Procedures For Notice and Conducting Hearings Effective 9/1/23 are available at:

https://www.canb.uscourts.gov/procedure/san-jose/johnson/judge-johnsons-procedures-noticing-and-conducting-hearings-effective

**PLEASE TAKE FURTHER NOTICE** Judge Johnson conducts hearings in three ways: (1) remote hearings ("Remote Hearings") conducted by video or telephone (e.g., by Zoom or equivalent), in which there are no personal appearances in the courtroom, (2) hybrid hearings ("Hybrid Hearings"), in which each party or lawyer can elect whether to attend in person in the courtroom, or by video/telephone, and (3) in-person hearings ("In-Person Hearings"), which requires parties and lawyers to appear in the courtroom, subject to prior exception approved by the court. Litigants and interested parties should refer to Chief Judge Johnson's calendars, which are posted to

the court's website, to determine whether a particular calendar will be conducted in-person, by video, and/or by telephone.[1]

For general open calendar procedures, please continue to refer to the San Jose Division's Open Calendar Procedure.[2]

Remote Hearings

These matters are conducted solely as Remote Hearings:

- Fee Applications and Final Accounts in Chapter 7 and 11 Cases
- Chapter 13 Main Case Contested Confirmation and Motions (by telephone only)
- Chapter 11 Status Conferences
- Case Management Conferences in Adversary Proceedings
- Reaffirmation Agreements (by telephone only)

Hybrid Hearings

These matters are conducted solely as Hybrid Hearings:

- Motions for Relief from Stay (all chapters)
- General Motions in Chapter 7 and 11 Cases
- Motions in Adversary Proceedings

In-Person Hearings

These matters are conducted solely as In-Person Hearings:

- Trials
- Evidentiary Hearings (hearings at which testimony will be taken)

Notice of Hearings (applicable only to Remote and Hybrid Hearings)

When a hearing is set for Remote or Hybrid Hearing, the notice of hearing must specify how the matter will be heard by including the following language:

- Remote Hearings

"The hearing on this matter will take place remotely by video or telephone. No in-person appearance in the courtroom is available.

The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the courtroom deputy, Anna Lee, at (408) 278-7517 or email her at: anna_e_lee@canb.uscourts.gov."

- Hybrid Hearings

---

[1] https://www.canb.uscourts.gov/judge/johnson/calendar

[2] https://www.canb.uscourts.gov/procedure/san-jose/calendar-procedures-san-jose-division

Page -3-

Case: 23-05012    Doc# 26    Filed: 10/13/23    Entered: 10/13/23 10:23:38    Page 3 of 4

"The hearing on this matter will take place in-court using hybrid technology. Each party or lawyer can elect to appear in person in court, or remotely by video/telephone. In-person appearances are not required but are optional. The hearing will be conducted in the presiding judge's courtroom.

If you choose to appear by video or telephone, refer to the Bankruptcy Court's website which provides information regarding how to arrange an appearance.

If you have questions about how to participate in a video or telephonic hearing, you may contact the courtroom deputy, Anna Lee, at (408) 278-7517 or email her at: anna_e_lee@canb.uscourts.gov."

**PLEASE TAKE NOTICE FURTHER THAT** the hearing on this Motion shall be a Remote Hearing and therefore:

"The hearing on this matter will take place remotely by video or telephone. No in-person appearance in the courtroom is available.

The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the courtroom deputy, Anna Lee, at (408) 278-7517 or email her at: anna_e_lee@canb.uscourts.gov."

Dated: October 13, 2023

LAW OFFICE OF WILLIAM J. HEALY
*/s/ William J. Healy*
William J. Healy
Attorney For Plaintiffs